

GOVERNMENT EXHIBIT 2
PENGAD 800-631-6989