# Offender
## Wisconsin Department of Corrections

**Name:** BRIXEN, EDMUND J  **DOC:** 00400859

| | | Aliases |
|---|---|---|
| **Birth year:** 1985 | **Weight:** 135 | EDMOND J BRIXEN |
| **Age:** 32 | **Height:** 5' 4" | EDMOND BRIXEN |
| **Gender:** MALE | **Eye Color:** BROWN | EDMUND J BRIXEN |
| **Race:** WHITE | **Hair Color:** BROWN | EDMUND J SHRADER |
| **Dexterity:** RIGHT HANDED | | EDMUND BRIXEN |
| | | EDMOND SCHRADER |
| | | EDMUND SCHRADER |
| | | EDDIE J BRIXEN |
| | | EDMOND J BRIXON |

  

Front   Left   Right

**Photo(s) Taken:** 03/04/2013

**Status:** ACTIVE COMMUNITY SUPERVISION
**Institution:**

**Region Unit:**
Unit 508 Siren
5 08 20
25108 State Road 35 ..
Siren, WI 54872
(715) 349-2175

**Registered Sex Offender**
**Registration Begin:** 04/12/2005
**Registration End:** 03/01/2028
**Compliance Status:** COMPLIANT
**Criminal code:** 940.225(3): Third-Degree Sexual Assault

**Maximum Discharge Date:**
**Parole Eligibility Date:**                                                                 **Mandatory Release/Extended Supervision Date:**

### Addresses

**Residence**

| Address | Reported |
|---|---|
| BARABOO, WI, 53913-3116, County of SAUK | 08/31/2017 |

**Verified:** Address was verified on 10/02/2017.

### Movement

| Date | Type | Reporting Location | Other Location |
|---|---|---|---|
| 12/04/2012 | Released on Extended Supervision | Dodge Correctional Institution | Unit 508 Siren |
| 09/20/2012 | Returned from Extended Supervision (ES) | Dodge Correctional Institution | Stanley Correctional Institution |
| 09/20/2012 | Transferred to Reception Center | Stanley Correctional Institution | Dodge Correctional Institution |
| 09/20/2012 | Received from County Jail | Stanley Correctional Institution | Burnett County Jail |
| 09/18/2012 | Notified of Inmate (in County Jail) | Burnett County Jail | Burnett County Jail/Sheriff Dept. |
| 02/07/2012 | Released on Extended Supervision | New Lisbon Correctional Institution | Unit 508 Siren |
| 10/04/2011 | Received from another Facility | New Lisbon Correctional Institution | Dodge Correctional Institution |
| 10/04/2011 | Transferred to Another Facility | Dodge Correctional Institution | New Lisbon Correctional Institution |
| 07/28/2011 | Returned from Extended Supervision (ES) | Dodge Correctional Institution | Stanley Correctional Institution |
| 07/28/2011 | Transferred to Reception Center | Stanley Correctional Institution | Dodge Correctional Institution |
| 07/28/2011 | Received from County Jail | Stanley Correctional Institution | Burnett County Jail |
| 07/26/2011 | Notified of Inmate (in County Jail) | Burnett County Jail | Burnett County Jail/Sheriff Dept. |
| 07/13/2011 | Revoked Supervision | Burnett County Jail | Burnett County Jail/Sheriff Dept. |

| Date | Action | From | To |
|---|---|---|---|
| 01/05/2010 | Released on Extended Supervision | Dodge Correctional Institution | Region 5 Regional Office |
| 12/17/2009 | Returned from Extended Supervision (ES) | Dodge Correctional Institution | Stanley Correctional Institution |
| 12/17/2009 | Transferred to Reception Center | Stanley Correctional Institution | Dodge Correctional Institution |
| 12/17/2009 | Received from County Jail | Stanley Correctional Institution | Burnett County Jail |
| 12/15/2009 | Notified of Inmate (in County Jail) | Burnett County Jail | Burnett County Jail/Sheriff Dept. |
| 11/11/2008 | Released on Extended Supervision | Stanley Correctional Institution | Region 5 Regional Office |
| 10/16/2008 | Transferred to Another Facility | Dodge Correctional Institution | Stanley Correctional Institution |
| 10/14/2008 | Transferred to Another Facility | Columbia County Jail Contract | Dodge Correctional Institution |
| 08/12/2008 | Transferred to Another Facility | Dodge Correctional Institution | Columbia County Jail Contract |
| 07/03/2008 | Returned from Extended Supervision (ES) | Dodge Correctional Institution | Stanley Correctional Institution |
| 07/03/2008 | Transferred to Reception Center | Stanley Correctional Institution | Dodge Correctional Institution |
| 07/03/2008 | Received from County Jail | Stanley Correctional Institution | Burnett County Jail |
| 07/02/2008 | Notified of Inmate (in County Jail) | Burnett County Jail | Burnett County Jail/Sheriff Dept. |
| 03/28/2008 | Revoked Supervision | Burnett County Jail | Burnett County Jail/Sheriff Dept. |
| 03/03/2008 | Released from ATR | Racine Correctional Institution | Division of Community Corrections Central Office |
| 01/30/2008 | Admitted ATR | Racine Correctional Institution | Unknown |
| 06/13/2007 | Released on Extended Supervision | Stanley Correctional Institution | Division of Community Corrections Central Office |
| 04/19/2007 | Received from another Facility | Stanley Correctional Institution | Dodge Correctional Institution |
| 04/19/2007 | Transferred to Another Facility | Dodge Correctional Institution | Stanley Correctional Institution |
| 04/16/2007 | Received from another Facility | Dodge Correctional Institution | Racine Correctional Institution |
| 04/16/2007 | Transferred to Another Facility | Racine Correctional Institution | Dodge Correctional Institution |
| 11/21/2005 | Received from another Facility | Racine Correctional Institution | Dodge Correctional Institution |
| 11/21/2005 | Transferred to Another Facility | Dodge Correctional Institution | Racine Correctional Institution |
| 11/18/2005 | Received from another Facility | Dodge Correctional Institution | Manitowoc County Jail Contract |
| 11/18/2005 | Transferred to Another Facility | Manitowoc County Jail Contract | Dodge Correctional Institution |
| 08/26/2005 | Received from another Facility | Manitowoc County Jail Contract | Dodge Reception |
| 08/26/2005 | Transferred to Another Facility | Dodge Reception | Manitowoc County Jail Contract |
| 06/23/2005 | Admitted Probation Violator | Dodge Reception | Unknown |

**Court Cases**

| Case # | Location | Statute # | Convicted |
|---|---|---|---|
| 04CF186 | BURNETT | 940.225(3) | 04/12/2005 |
| 17CF33 | BURNETT | 108.24(1) | 02/05/2018 |
| 03CF00012 | WASHBURN | 943.01(1) , 943.14 , 943.20(1)(A) | 04/22/2003 |